**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

| | | |
|---|---|---|
| **ISIDRO LIBORIO BRUNO,**<br><br>**Petitioner,**<br>**v.**<br><br>**ACTING FIELD OFFICE DIRECTOR,** ***Washington Field Office, U.S. Immigration and Customs Enforcement,*** **et al.,**<br><br>**Respondents.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Civil No. 2:26cv1144** |

**ORDER**

Petitioner, Isidro Liborio Bruno, has filed a *pro se* Petition for Writ of Habeas Corpus ("Petition") pursuant to 28 U.S.C. § 2241 challenging his immigration detention. ECF No. 1.

The Petition was conditionally filed as subject to defect as Petitioner did not pay the required $5.00 filing fee or file a motion seeking to proceed *in forma pauperis*. The Court entered an Order on October 14, 2026, ordering that within thirty (30) days from the date of the Order that Petitioner either submit the $5.00 filing fee or complete and submit an "Affidavit in Support of Request to Proceed *in forma pauperis*. On October 20, 2026, the Court received the $5.00 filing fee. Therefore, the Clerk is **DIRECTED** to file the Petition.

It appearing to the Court that the factual circumstances and legal issues presented in the Petition may be similar to those presented in other recent habeas cases filed in this Court challenging immigration arrests or detentions, it is hereby

**ORDERED** that Petitioner IS NOT to be removed from the United States or transferred from this District for any reason during the pendency of this action unless and until this Court issues an order to the contrary; and it is further

**ORDERED** that **on or before October 30, 2026**, Respondents file a response to the Petition; and it is further

**ORDERED** that Petitioner shall file any reply in further support of the Petition **on or before November 6, 2026**.

The Clerk is directed to forward a copy of this Order to Petitioner and to the Civil Division of the U.S. Attorney's Office for the Eastern District of Virginia.

Entered this 20th day of October, 2026.

/s/ MSD

Mark S. Davis
United States District Judge