IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

ISIDRO LIBORIO BRUNO

*Petitioner*,

v.

ACTING FIELD OFFICE DIRECTOR, *et al.*,

*Respondents*.

Case No. 2:26-cv1144-MSD-LRL

ORDER

Upon consideration of Federal Respondents' Motion for Extension of Time, the motion is GRANTED, and it is hereby

ORDERED that Federal Respondents shall file their Opposition to the Petition on or before November 2, 2026.

IT IS SO ORDERED.

Date: Oct. 30, 2026

/s/

**Mark S. Davis**
**United States District Judge**