**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

| | | |
|---|---|---|
| **ISIDRO LIBORIO BRUNO,**<br><br>**Petitioner,**<br><br>**v.**<br><br>**ACTING FIELD OFFICE DIRECTOR,** ***Washington Field Office, U.S. Immigration and Customs Enforcement,*** **et al.,**<br><br>**Respondents.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Civil No. 2:26cv1144** |

## SHOW CAUSE ORDER

This matter is before the Court on Petitioner Isidro Liborio Bruno's Petition for Writ of Habeas Corpus ("Petition") pursuant to 28 U.S.C. § 2241 challenging his immigration detention. ECF No. 1.

On October 20, 2026, the Court entered a briefing order. ECF No. 4. On November 2, 2026, Respondents filed an opposition to the Petition, and on November 16, 2026, Petitioner filed a reply. Subsequently, on November 17, 2026, Respondents filed a "Suggestion of Mootness" stating that Petitioner was ordered removed to Mexico by an Immigration Judge on October 13, 2026, and that he did not file an appeal of the Immigration Judge's order to the Board of Immigration Appeals ("BIA") by the deadline. ECF No. 10, at 1. Respondents provide a copy of the removal order. ECF No. 10-1.

If an appeal was not timely filed, Petitioner's removal order became final on November 12, 2026, and the administrative finality of Petitioner's removal order would appear to moot the pre-removal-order detention claims advanced by Petitioner. In light of Respondents' factual representation that Petitioner's removal order is now final, Petitioner is **ORDERED** to **SHOW CAUSE on or before November 30, 2026**, why his Petition should not be DISMISSED as moot.

The Clerk is **DIRECTED** to send a copy of this Order to counsel for Respondents, as well as to Petitioner, along with a copy of Federal Respondents' Suggestion of Mootness (ECF No. 10) and attached exhibits.

/s/ MSD

Mark S. Davis
United States District Judge

Norfolk, Virginia
November 18, 2026